# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., et al., <br><br> Defendants. | Case No. 1:18-mc-00017-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING <br><br> AUGUST 17, 2018 DEADLINE |

On July 25, 2017, judgment was entered in favor of Plaintiff First Midwest Equipment Financial Company f/k/a National Machine Tool Finance Corporation (Plaintiff/judgment creditor) and against Defendant Aero Transport Inc. and Defendant Ranjit S. Dhaliwal (Defendant/judgment debtor) in the United States District Court for the Northern District of Illinois, Eastern Division. (ECF No. 1 at 3.) On March 27, 2018, Plaintiff registered the foreign judgment in the Eastern District of California. (ECF No. 1.)

On May 14, 2018, Plaintiff filed an application for Ranjit S. Dhaliwal to appear for examination. (ECF No. 6.) On May 15, 2018, the Court issued an order for the appearance and examination of Mr. Dhaliwal on July 18, 2018, at 10:00 a.m. (ECF No. 7.) On July 11, 2018, Plaintiff filed a certificate of service indicating that Mr. Dhaliwal had been served on June 14, 2018. (ECF No. 8.)

1

On July 18, 2018, the matter was called for a judgment debtor examination at 10:26 a.m., but Mr. Dhaliwal did not appear. Counsel Michael Eastwood appeared on behalf of Plaintiff. He indicated that Mr. Dhaliwal had been properly served. He requested that the Court issue an arrest warrant for Mr. Dhaliwal and agreed to file supplemental briefing addressing the Court's authority to issue an arrest warrant without an order to show cause when a judgment debtor does not appear for examination.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file supplemental briefing on or before August 17, 2018, addressing the Court's authority to issue an arrest warrant without an order to show cause when a judgment debtor does not appear for examination.

IT IS SO ORDERED.

Dated: **July 19, 2018**

_____
UNITED STATES MAGISTRATE JUDGE