
FILED
OCT 3 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )   No. 1:18-mc-00017 AWI SAB
                           )
vs.                        )   ORDER OF RELEASE
                           )
                           )
RANJIT S. DHALIWAL,        )
                           )
         Defendant.        )
_____)

The above named defendant having appeared in court on October 3, 2018,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: October 3, 2018

HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE