# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., RANJIT S. DHALIWAL, <br><br> Defendants. | CASE NO. 1:18-MC-00017-AWI-SAB <br><br> **ORDER FOR STATUS REPORT AND DISCHARGING ORDER TO SHOW CAUSE** <br><br> (Doc. No. 14) |

This case began with Plaintiff First Midwest Equipment Financial Co. registering in this Court a foreign judgment issued by the United States District Court for the Northern District of Illinois. See Doc. No. 1. The judgment issued by the Northern District of Illinois was entered in favor of Plaintiff and against Defendants Aero Transport Inc. and Ranjit S. Dhaliwal. Id. Upon Plaintiff's request, this Court issued an abstract of the judgment and a writ of execution to enforce the judgment. See Doc. Nos. 2, 3, 4, 5.

Thereafter, Plaintiff filed with the Court an application for Dhaliwal to appear for a judgment debtor examination. See Doc. No. 6. In response, the Court ordered Dhaliwal to appear for the examination, which was to be conducted on July 18, 2018. See Doc. No. 7. However, when the examination was called, Dhaliwal failed to appear. See Doc. No. 9.

In response to Dhaliwal's failure to appear and upon Plaintiff's request, the Court ordered Dhaliwal to appear in Court on September 24, 2018, to show cause why he should not be held in contempt for failing to appear at the judgment debtor examination. See Doc. No. 14. When the Court called the hearing on the order to show cause, Dhaliwal yet again failed to appear. See Doc. No. 17. Consequently, the Court ordered a civil arrest warrant to be issued for Dhaliwal, which the Clerk of Court did. See Doc. Nos. 17, 18.

Dhaliwal was then arrested and brought before the Court on October 3, 2018, on the matter of his failure to appear at the hearing on the order to show cause. The Court ordered Dhaliwal to

appear at a subsequent judgment debtor examination scheduled for October 23, 2018, and the Court indicated that if Dhaliwal appeared at the examination and Plaintiff's counsel was satisfied with the examination, then the Court would discharge the order to show cause. See Doc. No. 20. The Court also ordered Plaintiff's counsel to provide the Court with a status report after the judgement debtor examination, informing the Court whether Dhaliwal appeared and whether Plaintiff was satisfied with the examination. Id. Dhaliwal was then released from custody. Id.

The judgment debtor examination was called on October 23, 2018, and Dhaliwal appeared. See Doc. Nos. 22, 23. Afterwards, Plaintiff's counsel filed a declaration, informing the Court that the judgment debtor examination was completed and requesting that the Court discharge the order for Dhaliwal to show cause. See Doc. No. 23.

The Court will discharge the order for Dhaliwal to show cause because Dhaliwal appeared at the judgment debtor examination on October 23, 2018, and Plaintiff's counsel indicated that he is satisfied with Dhaliwal's appearance.

It is now unclear to the Court whether good cause exists for this case to remain open: Dhaliwal appeared at the judgment debtor examination, the registration of the foreign judgment was filed, and the Court issued the abstract of the judgment and a writ of execution. Therefore, the Court will order Plaintiff to file a status report explaining the reasons, if any, that this case should not be closed.

Accordingly, IT IS HEREBY ORDERED that:

1. The order for Dhaliwal to show cause why he should not be held in contempt (Doc. No. 14) is DISCHARGED;

2. Plaintiff shall FILE a status report on or before November 21, 2018, informing the Court whether Plaintiff believes that this case should remain open and, if Plaintiff believes this case should remain open, then also explaining the reasons for that belief.

IT IS SO ORDERED.

Dated:  November 15, 2018                    _____
                                              SENIOR DISTRICT JUDGE