1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., | Case No. 1:18-mc-00017-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH NOVEMBER 15, 2018 ORDER |
| v. | |
| AERO TRANSPORT, INC., et al., | FIVE DAY DEADLINE |
| Defendants. | |

On July 25, 2017, judgment was entered in favor of Plaintiff First Midwest Equipment Financial Company f/k/a National Machine Tool Finance Corporation (Plaintiff/judgment creditor) and against Defendant Aero Transport Inc. and Defendant Ranjit S. Dhaliwal (Defendant/judgment debtor) in the United States District Court for the Northern District of Illinois, Eastern Division. (ECF No. 1 at 3.) On March 27, 2018, Plaintiff registered the foreign judgment in the Eastern District of California. (ECF No. 1.)

After the debtor failed to appear for a debtor examination, an arrest warrant issued. (ECF No. 18.) On October 23, 2018, the debtor appeared for examination; and on November 1, 2018, Plaintiff filed a declaration stating that the debtor examination has been completed and requested that the debtor be discharged. (ECF Nos. 22, 23.) On November 15, 2018, Senior District Judge

1    Anthony W. Ishii issued an order requiring Plaintiff to file a status report on or before November

2    21, 2018, informing the Court whether this matter should remain open.  (ECF No. 24.)  Plaintiff

3    did not file a status report in compliance with the November 21, 2018 order.

4         Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

5    or with any order of the Court may be grounds for imposition by the Court of any and all

6    sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

7    control its docket and may, in the exercise of that power, impose sanctions where appropriate,

8    including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

9    2000).

10        Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five**

11   **(5) days** of the date of entry of this order why sanctions should not issue for the failure to file a

12   status report as required by the November 15, 2018 order.

13

14   IT IS SO ORDERED.

15   Dated:   **December 7, 2018**                        _____
                                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2