# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., et al., <br><br> Defendants. | Case No. 1:18-mc-00017-SAB <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH NOVEMBER 15, 2018 AND DECEMBER 7, 2018 ORDERS <br><br> DEADLINE: DECEMBER 17, 2018 |

On July 25, 2017, judgment was entered in favor of Plaintiff First Midwest Equipment Financial Company f/k/a National Machine Tool Finance Corporation (Plaintiff/judgment creditor) and against Defendant Aero Transport Inc. and Defendant Ranjit S. Dhaliwal (Defendant/judgment debtor) in the United States District Court for the Northern District of Illinois, Eastern Division. (ECF No. 1 at 3.) On March 27, 2018, Plaintiff registered the foreign judgment in the Eastern District of California. (ECF No. 1.)

After the debtor failed to appear for a debtor examination, an arrest warrant issued. (ECF No. 18.) On October 23, 2018, the debtor appeared for examination; and on November 1, 2018, Plaintiff filed a declaration stating that the debtor examination has been completed and requested that the debtor be discharged. (ECF Nos. 22, 23.) On November 15, 2018, Senior District Judge

1

Anthony W. Ishii issued an order requiring Plaintiff to file a status report on or before November 21, 2018, informing the Court whether this matter should remain open. (ECF No. 24.) Plaintiff did not file a status report in compliance with the November 21, 2018 order.

On December 7, 2018, the undersigned issued an order requiring Plaintiff to show cause why sanctions should not issue for the failure to file a status report in compliance with the November 21, 2018 order. (ECF No. 26.) On December 11, 2018, Plaintiff filed a response. (ECF No. 27.)

Plaintiff's response to the order to show cause states,

> PLEASE TAKE NOTICE that the Plaintiff FIRST MIDWEST EQUIPMENT FINANCIAL CO. is discharging Defendant RANJIT S. DHALIWAL from the Order to Show Cause as of September 24,2018. Attached marked as Exhibit "l" is a true and correct copy of the Courts [SIC] Order for Status Report and Discharging Order to Show Cause.
>
> Pursuant to the courts order, a copy of this notice is presently out for personal service on the Defendant.

(ECF No. 27.)

There are two orders to which Plaintiff has been required to respond. First, Plaintiff was ordered to "FILE a status report on or before November 21, 2018, informing the Court whether Plaintiff believes that this case should remain open and, if Plaintiff believes this case should remain open, then also explaining the reasons for that belief." (ECF No. 24 at 2.) Plaintiff's response does not address whether this matter should remain open or explain why. Therefore, it is not responsive to the November 21, 2018 order.

Plaintiff was also ordered to "SHOW CAUSE within **five (5) days** of the date of entry of [the December 7, 2018] order why sanctions should not issue for the failure to file a status report as required by the November 15, 2018 order." (ECF No. 26 at 2 (emphasis in orginal.) Plaintiff's response does not explain why he did not file a status report in compliance with the November 15, 2018 order. Therefore, it is not responsive to the December 7, 2018 order.

**It would appear that Plaintiff is not reading the orders that have been issued in this action.** The Court shall provide Plaintiff with one final opportunity to file a pleading that is responsive to the previous orders. If Plaintiff fails to file a response that addresses the issues

2

identified, the Court shall require counsel to personally appear at a show cause hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before December 17, 2018, Plaintiff shall file a response addressing the following:

   a. Why a status report was not filed as required by the November 15, 2018 order; and

   b. Whether this action should remain open and, if so, explain why.

IT IS SO ORDERED.

Dated: __**December 12, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE