# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., et al., <br><br> Defendants. | Case No. 1:18-mc-00017-AWI-SAB <br><br> ORDER DISCHARGING ORDERS TO SHOW CAUSE AND GRANTING REQUEST FOR EXTENSION OF TIME FOR SERVICE OF ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> DEADLINE: January 2, 2019 <br><br> (ECF Nos. 26, 28, 29) |

On March 27, 2018, Plaintiff registered a foreign judgment in the Eastern District of California. After the judgment debtor failed to appear for a debtor examination, an arrest warrant issued, and on October 23, 2018, the debtor appeared for examination. On November 1, 2018, Plaintiff filed a declaration stating that the debtor examination has been completed and requested that the debtor be discharged. On November 15, 2018, Senior District Judge Anthony W. Ishii issued an order requiring Plaintiff to file a status report on or before November 21, 2018, informing the Court whether this matter should remain open. Plaintiff did not file a status report in compliance with the November 21, 2018 order.

On December 7, 2018, the undersigned issued an order requiring Plaintiff to show cause why sanctions should not issue for the failure to file a status report in compliance with the

1

November 21, 2018 order. Plaintiff filed a response that did not address the order to show cause or the November 15, 2018 order. Accordingly, a second order to show cause was filed on December 12, 2018. Plaintiff filed a response on December 13, 2018.

Plaintiff's response addresses the issues required by the prior orders. Therefore the orders to show cause shall be discharge. Plaintiff also seeks an extension of time to serve the judgment debtor which shall be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The December 7, 2018 order to show cause and December 12, 2018 order to show cause are DISCHARGED;
2. On or before January 2, 2019, Plaintiff shall either file proof that the debtor has been served with the November 15, 2018 order discharging the order to show cause or a status report re service; and
3. Failure to comply with this action may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __December 14, 2018__

UNITED STATES MAGISTRATE JUDGE