# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., RANJIT S. DHALIWAL, <br><br> Defendants. | CASE NO. 1:18-MC-00017-AWI-SAB <br><br> **ORDER CLOSING CASE** |

This case began with Plaintiff First Midwest Equipment Financial Co. registering in this Court a foreign judgment issued by the United States District Court for the Northern District of Illinois. See Doc. No. 1. The judgment issued by the Northern District of Illinois was entered in favor of Plaintiff and against Defendants Aero Transport Inc. and Ranjit S. Dhaliwal. Id. Upon Plaintiff's request, this Court issued an abstract of the judgment and a writ of execution to enforce the judgment. See Doc. Nos. 2, 3, 4, 5.

Thereafter, Plaintiff filed with the Court an application for Dhaliwal to appear for a judgment debtor examination. See Doc. No. 6. In response, the Court ordered Dhaliwal to appear for the examination. See Doc. No. 7. Ultimately, the judgment debtor examination was called on October 23, 2018, and Dhaliwal appeared. See Doc. Nos. 22, 23. Afterwards, Plaintiff informed the Court that the judgment debtor examination was completed and Plaintiff's counsel was satisfied with Dhaliwal's appearance. See Doc. No. 23.

The Court then ordered Plaintiff to inform the Court whether Plaintiff believed that this case should remain open. See Doc. No. 24. In response, Plaintiff's counsel declared that he

anticipated no further motions needing to be filed in this case and, therefore, consented to this case being closed. See Doc. No. 29.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   January 17, 2019                              _____
                                                                           SENIOR DISTRICT JUDGE