GEORGE T. GOST, ESQ/ /BAR #166475
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, CA 91436
(818) 501-3800 telephone
(818) 501-2985 facsimile
ggost@hrhlaw.com

Attorneys for Plaintiff
FIRST MIDWEST EQUIPMENT FINANCIAL CO.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO. f/k/a NATIONAL MACHINE TOOL FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AERO TRANSPORT, INC., et al.<br><br>Defendants. | Case No: 1:18-mc-00017-AWI-SAB<br><br>ORDER GRANTING REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>(ECF No. 35) |

Pursuant to the Request of Plaintiff, First Midwest Equipment Financial Co. F/K/A National Machine Tool Financial Corporation and the Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure Win Win-Alssi, Inc. who employs persons at least 18 years of age, of suitable discretion and not a party to the within action, is authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED.

Dated: __**April 24, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1