# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MIDWEST EQUIPMENT FINANCIAL CO., <br><br> Plaintiff, <br><br> v. <br><br> AERO TRANSPORT, INC., et al., <br><br> Defendants. | Case No. 1:18-mc-00017-AWI-SAB <br><br> ORDER GRANTING MOTION FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER <br><br> (ECF No. 43) |

On April 25, 2019, and January 31, 2020, the Court previously approved requests to authorize and appoint Win Win-Alssi, Inc., pursuant to Federal Rules of Civil Procedure 4.1 and 69, to serve writs in this action. (ECF Nos. 36, 39.)

On June 29, 2022, Plaintiff filed another application for a writ of execution. (ECF No. 42.) On the same date, June 29, 2022, Plaintiff submitted another request to authorize and appoint Win Win-Alssi, Inc., pursuant to Federal Rules of Civil Procedure 4.1and 69,[1] to serve writs in this action. (ECF No. 35.)

Rule 4.1 provides: "Process--other than a summons under Rule 4 or a subpoena under Rule 45--must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose." Fed. R. Civ. P. 4.1. Rule 69 provides: "The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must

---

[1] The filing also refers to a local rule for the Central District of California, which is not applicable to this Court.

1

accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Fed. R. Civ. P. 69.  Under California law, a registered process server may levy under a writ of execution on property specified in California Code of Civil Procedure Section 699.080(a), and in accordance with the procedures in Sections 699.080(b)-(f).  See J & J Sports Prods., Inc. v. Esquivel, No. 1:08-CV-00392 LJOGSA, 2008 WL 5099690, at *1 (E.D. Cal. Dec. 1, 2008); Dean v. S. California Edison, No. EDCV1201435MWFDTBX, 2014 WL 12709674, at *1 (C.D. Cal. July 3, 2014).  Registered process servers may be authorized and appointed under Rule 4.1 for this purpose.  Id.

It appears the renewed application for a writ of execution incorporates additional accrued interest.  (ECF No. 42.)  The Court shall grant Plaintiff's request to appoint the process server to serve the writ of execution, to the extent the Clerk of the Court issues the new writ based on the more recent application.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 43) is GRANTED, and pursuant to Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, Win Win-Alssi, Inc. is authorized and appointed to serve writs in this action.  The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED.

Dated:   **June 30, 2022**

UNITED STATES MAGISTRATE JUDGE